UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLIED INDUSTRIAL SUPPLY LLC,

    Plaintiff,

v.

CHRISTOPHER STONE,

    Defendant.

_____/

Case No. 1:22-cv-815

HONORABLE PAUL L. MALONEY

## ORDER

On February 7, 2023, this case was stayed pending a decision from the District of New Jersey on the application of the first-to-file rule (ECF No. 11).  The parties were further directed to file a joint status report within 14 days of the New Jersey Court's decision.  On May 5, 2023, a joint status report was filed stating the New Jersey Court declined to adopt the first-filed rule and ordered its case transferred to this district (ECF No.12).   On June 6, 2023, the New Jersey case was transferred to this district and assigned Case Number 1:23-cv-573, *Stone v. Allied Industrial Supply, LLC*. Upon review of these matters, the Court will adopt the proposal of the parties contained in the joint status report.  Accordingly,

**IT IS HEREBY ORDERED** that the Stay in this case is LIFTED.

**IT IS FURTHER ORDERED** that pursuant to Rule 42 of the Federal Rules of Civil Procedure, Case Number 1:23-cv-573, *Stone v. Allied Industrial Supply, LLC*, shall be consolidated into the above-captioned action.  All future filings shall be made only in Case No. 1:22-cv-815.

**IT IS FURTHER ORDERED** that within 21 days, Allied Industrial shall file an amended complaint for the consolidated matters.

**IT IS FURTHER ORDERED** that Stone shall file an answer to the amended complaint within 21 days of service of the amended complaint.  A Rule 16 scheduling conference will be scheduled after the answer has been filed.

Dated:  June 26, 2023                                            /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            United States District Judge