# EXHIBIT 1

**From:** Andrew Cascini
**Sent:** Thursday, July 27, 2023 2:51 PM
**To:** Christopher LeVasseur <clevasseur@starkreagan.com>
**Subject:** Re: Allied Industrial Supply LLC v. Stone - Proposed Joint Status Report

This seems entirely logical to me.  Thanks, Chris.

**Andrew A. Cascini**
**Attorney**
**Henn Lesperance PLC**
[www.hennlesperance.com](www.hennlesperance.com)

Sent from my mobile device.

> On Jul 27, 2023, at 12:47 PM, Christopher LeVasseur <clevasseur@starkreagan.com> wrote:
>
> FYI, talking with New Jersey counsel yesterday, we decided the simplest way to move forward is to dismiss the transferred case, and just file a
>
> counterclaim with our answer to the Allied complaint.  Do you have any problem with that?
>
> Christopher E. LeVasseur
> **Stark Reagan, P.C.**
> 1111 W. Long Lake Road
> Suite 202
> Troy, Michigan 48098
> Telephone: 248-641-9955
> Facsimile: 248-641-9921
> clevasseur@starkreagan.com
> www.starkreagan.com
> <image001.jpg>
>
> **PRIVILEGED AND CONFIDENTIAL:  This communication and any accompanying attachments are confidential and privileged.  They are intended for the sole use of the addressee.  If you are not the intended recipient, you are advised that any use of this communication and any accompanying attachments is strictly prohibited, including but not limited to the reading, disclosure, copying, distribution or the taking of any action in reliance upon this communication and any accompanying attachments.  Moreover, any such disclosure shall not compromise or waive the attorney-client or other privileges as to this communication and any accompanying attachments.  If you have received this message in error, please contact sender immediately at the above email address and then delete this message, any accompanying attachments and all copies and backups thereof.**
>
> **DISCLAIMER:  Any accounting, business or tax advice contained in this communication, including any accompanying attachments, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties.  If desired, Stark Reagan would be pleased to perform the requisite research and provide you with a detailed written analysis.  Such engagement must be the subject of a separate engagement letter that would define the scope and limits of the desired services.**

**From:** Andrew Cascini <aac@hennlesperance.com>
**Sent:** Thursday, July 20, 2023 12:01 PM
**To:** Christopher LeVasseur <clevasseur@starkreagan.com>
**Cc:** Todd Stuart <tstuart@stuartlawplc.com>
**Subject:** RE: Allied Industrial Supply LLC v. Stone - Proposed Joint Status Report

Chris:

As you likely remember, our Firm represents Allied Industrial Supply LLC.  I'm sending this email now that the stay has been lifted and the cases have been consolidated to confirm that we intend to rely on our client's prior-filed Complaint in this matter.  I send you this email merely to provide notice that we don't intend to amend at this time.

Please let me know if you have any questions or concerns.  Otherwise, we'll expect to review your client's answer on or before August 8, 2023.  Alternatively, if you'd like to agree to any postponement of that date, we can discuss that and potentially enter into a stip and order to that end.

I hope all is well.

Andrew A. Cascini
Attorney
Henn Lesperance PLC
www.hennlesperance.com

32 Market Avenue SW Suite 400
Grand Rapids, MI 49503
Direct Dial: 616.940.5164 | Fax: 616.323.3658
Main: 616.551.1611
🌎 **Please consider the environment before printing this email.**

CLIENTS: Please DO NOT FORWARD this email to any other person or entity. Strict confidentiality may be necessary to maintain applicable privileges.

This email may contain PRIVILEGED or CONFIDENTIAL information intended only for the use of the recipient named above. If you are not the intended recipient of this email, or the agent responsible for delivering it to the recipient, any review, disclosure, dissemination, distribution or copying of this email is strictly prohibited. If you received this email in error, please immediately notify the sender by reply email and delete the email from your system. Thank you for your cooperation.

DISCLOSURE UNDER TREASURY CIRCULAR 230: Unless specifically indicated otherwise, any tax advice contained in this email (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

**From:** Christopher LeVasseur <clevasseur@starkreagan.com>
**Sent:** Friday, May 5, 2023 2:00 PM
**To:** Andrew Cascini <aac@hennlesperance.com>
**Cc:** Todd Stuart <tstuart@stuartlawplc.com>
**Subject:** RE: Allied Industrial Supply LLC v. Stone - Proposed Joint Status Report

Yes

Christopher E. LeVasseur
**Stark Reagan, P.C.**
1111 W. Long Lake Road
Suite 202
Troy, Michigan 48098
Telephone: 248-641-9955
Facsimile: 248-641-9921
clevasseur@starkreagan.com
www.starkreagan.com

<image001.jpg>

**PRIVILEGED AND CONFIDENTIAL:** This communication and any accompanying attachments are confidential and privileged. They are intended for the sole use of the addressee. If you are not the intended recipient, you are advised that any use of this communication and any accompanying attachments is strictly prohibited, including but not limited to the reading, disclosure, copying, distribution or the taking of any action in reliance upon this communication and any accompanying attachments. Moreover, any such disclosure shall not compromise or waive the attorney-client or other privileges as to this communication and any accompanying attachments. If you have received this message in error, please contact sender immediately at the above email address and then delete this message, any accompanying attachments and all copies and backups thereof.

**DISCLAIMER:** Any accounting, business or tax advice contained in this communication, including any accompanying attachments, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Stark Reagan would be pleased to perform the requisite research and provide you with a detailed written analysis. Such engagement must be the subject of a separate engagement letter that would define the scope and limits of the desired services.

**From:** Andrew Cascini [mailto:aac@hennlesperance.com]
**Sent:** Friday, May 05, 2023 1:59 PM
**To:** Christopher LeVasseur
**Cc:** Todd Stuart
**Subject:** RE: Allied Industrial Supply LLC v. Stone - Proposed Joint Status Report

I'm more than happy with those changes.  Do we have permission to file jointly on behalf of both parties?

Andrew A. Cascini
Attorney
Henn Lesperance PLC
www.hennlesperance.com

32 Market Avenue SW Suite 400
Grand Rapids, MI 49503
Direct Dial: 616.940.5164 | Fax: 616.323.3658
Main: 616.551.1611
🌐 **Please consider the environment before printing this email.**

CLIENTS: Please DO NOT FORWARD this email to any other person or entity. Strict confidentiality may be necessary to maintain applicable privileges.

This email may contain PRIVILEGED or CONFIDENTIAL information intended only for the use of the recipient named above. If you are not the intended recipient of this email, or the agent responsible for delivering it to the recipient, any review, disclosure, dissemination, distribution or copying of this email is strictly prohibited. If you received this email in error, please immediately notify the sender by reply email and delete the email from your system. Thank you for your cooperation.

DISCLOSURE UNDER TREASURY CIRCULAR 230: Unless specifically indicated otherwise, any tax advice contained in this email (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

**From:** Christopher LeVasseur <clevasseur@starkreagan.com>
**Sent:** Friday, May 5, 2023 1:53 PM
**To:** Andrew Cascini <aac@hennlesperance.com>
**Cc:** Todd Stuart <tstuart@stuartlawplc.com>
**Subject:** RE: Allied Industrial Supply LLC v. Stone - Proposed Joint Status Report

A few suggested changes; what do you think?

Christopher E. LeVasseur
**Stark Reagan, P.C.**
1111 W. Long Lake Road
Suite 202
Troy, Michigan 48098
Telephone: 248-641-9955
Facsimile: 248-641-9921
clevasseur@starkreagan.com

www.starkreagan.com
<image001.jpg>

**PRIVILEGED AND CONFIDENTIAL:** This communication and any accompanying attachments are confidential and privileged. They are intended for the sole use of the addressee. If you are not the intended recipient, you are advised that any use of this communication and any accompanying attachments is strictly prohibited, including but not limited to the reading, disclosure, copying, distribution or the taking of any action in reliance upon this communication and any accompanying attachments. Moreover, any such disclosure shall not compromise or waive the attorney-client or other privileges as to this communication and any accompanying attachments. If you have received this message in error, please contact sender immediately at the above email address and then delete this message, any accompanying attachments and all copies and backups thereof.

**DISCLAIMER:** Any accounting, business or tax advice contained in this communication, including any accompanying attachments, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties. If desired, Stark Reagan would be pleased to perform the requisite research and provide you with a detailed written analysis. Such engagement must be the subject of a separate engagement letter that would define the scope and limits of the desired services.

---

**From:** Andrew Cascini [mailto:aac@hennlesperance.com]
**Sent:** Tuesday, May 02, 2023 1:36 PM
**To:** Christopher LeVasseur
**Cc:** Todd Stuart
**Subject:** Allied Industrial Supply LLC v. Stone - Proposed Joint Status Report

Chris:

As discussed earlier during our phone call, please find a proposed Joint Status Report for submission to the Court regarding further litigation in this case. It proposes lifting the stay in this case and a submission deadline of an Answer from your client within 21 days.

(As a follow up, there's still no word from the New Jersey court that the transfer of the case's electronic file was complete, nor has the Western District of Michigan informed us that the transfer was received. Weird, but you might be right and maybe they're just behind.)

Andrew A. Cascini
Attorney
Henn Lesperance PLC
www.hennlesperance.com

32 Market Avenue SW Suite 400
Grand Rapids, MI 49503
Direct Dial: 616.940.5164 | Fax: 616.323.3658
Main: 616.551.1611
🌍 **Please consider the environment before printing this email.**

CLIENTS: Please DO NOT FORWARD this email to any other person or entity. Strict confidentiality may be necessary to maintain applicable privileges.

This email may contain PRIVILEGED or CONFIDENTIAL information intended only for the use of the recipient named above. If you are not the intended recipient of this email, or the agent responsible for delivering it to the recipient, any review, disclosure, dissemination, distribution or copying of this email is strictly prohibited. If you received this email in error, please immediately notify the sender by reply email and delete the email from your

system. Thank you for your cooperation.

DISCLOSURE UNDER TREASURY CIRCULAR 230: Unless specifically indicated otherwise, any tax advice contained in this email (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.