# EXHIBIT 3

-----Original Message-----
From: Chris Stone <clslcs2000@hotmail.com>
Sent: Tuesday, March 29, 2022 9:51 AM
To: Allied Industrial Supply, LLC <Info@alliedofmi.com>
Subject: New Venture

Faye,

It's been several years since we worked together, but you were always a loyal customer with my former company Lehigh Valley Abrasives, which I sold some time ago. So, I am reaching out to let you know I have started a new venture called Extreme Performance Abrasives.

I am hoping we can meet your needs again as Extreme Performance Abrasives offers the same great products we offered in the past, at prices that will significantly reduce your costs for abrasives.  All of our products are manufactured exclusively in the USA and Europe and backed by the same great customer service you received in the past.

Email (cstone@xpabrasives.com), call 888-547-7094, or visit our website www.xpabrasives.com for quotes and orders and start lowering your abrasive costs today.

Kind Regards,

Chris Stone
Extreme Performance Abrasives

XP Flap Disc 4-1/2" Zirconia Type 29 Conical
$1.99
MORE INFO

4.5" x 7/8" Zirconia Resin Fiber Discs VSM (Qty: 25)
$11.99 - $15.99
MORE INFO

2" Quick Change Disc Type R Roloc Zirconia with Grinding Aid (box of 100) | $0.43 MORE INFO

4-1/2" X 7/8" X .045" Cutting Wheel T1 Flat
$0.75
MORE INFO

-----Original Message-----
From: info@lehighvalleyabrasives.com <info@lehighvalleyabrasives.com>

Sent: Friday, January 31, 2014 8:31 AM
To: sue@lehighvalleyabrasives.com
Subject: Fwd: Lehigh-discs-1360, 1401, 9007-PO 246487


new order for lehigh brand

-------- Original Message --------
Subject: Lehigh-discs-1360, 1401, 9007-PO 246487
Date: 2014-01-31 07:57
From: Purchasing <Purchasing@globalscenicservices.com>
To: John Cashman <JCashman@globalscenicservices.com>, Matt Maraffi <MMaraffi@globalscenicservices.com>, Inventory     <Inventory@globalscenicservices.com>, David Howe    <DHowe@globalscenicservices.com>
Cc: Chris Stone <info@lehighvalleyabrasives.com>

Chris,

(50) of each

Thanks,

Faye