UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLIED INDUSTRIAL SUPPLY LLC,
    Plaintiff,
v.                                                  Case No. 1:22-cv-815

CHRISTOPHER STONE,                HON. PAUL L. MALONEY
    Defendant.
                                         /

and

CHRISTOPHER STONE,
    Plaintiff,                                 Case No. 1:23-cv-573
v.
                                         HON. PAUL L. MALONEY

ALLIED INDUSTRIAL SUPPLY LLC,
    Defendant.
                                         /

**ORDER**

        On May 2, 2025, the Court denied Defendant Stone's Second Motion to Quash Subpoena and invited Plaintiff to file an affidavit setting out fees and costs incurred in relation to the Motion to Quash pursuant to Fed. R. Civ. P. 37(a)(5)(A). (ECF No. 100.) The affidavit was filed on May 9, 2025. (ECF No. 102.) Defendant Stone failed to respond.

        After reviewing the affidavit and response, the Court finds that the rates requested of $210 and $280 per hour are reasonable based on the Michigan State Bar Economics of Law Survey Results and its own experience in considering motions for fees in this jurisdiction. Therefore, the Court finds that attorneys' fees in the amount of $3,794 are appropriately ordered as reasonable expenses incurred in connection with the motion.

-2-

THEREFORE, Defendant Stone is ordered to pay Plaintiff Allied Industrial Supply LLC $3,794 within 14 days of the date of this order.


Dated:  May 20, 2025                                          /s/ Sally J. Berens
                                                                                   SALLY J. BERENS
                                                                                   UNITED STATES MAGISTRATE JUDGE