UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| ALLIED INDUSTRIAL SUPPLY LLC, | Case No. 1:22-cv-815 |
| Plaintiff, | |
| v. | Hon. Paul L. Maloney |
| CHRISTOPHER STONE, | |
| Defendant._____/ | |
| CHRISTOPHER STONE, | Case No. 1:23-cv-573 |
| Plaintiff, | |
| v. | Hon. Paul L. Maloney |
| ALLIED INDUSTRIAL SUPPLY LLC, | |
| Defendant. | |

---

**BRIEF IN SUPPORT OF**
**DEFENDANT'S MOTION TO ADJOURN SETTLEMENT CONFERENCE, PRE-TRIAL, AND TRIAL DATES**

**EXPEDITED CONSIDERATION REQUESTED**

Defendant Christopher Stone, by and through his counsel of record, submits this Brief in Support of his Motion to Adjourn the Settlement Conference, Pre-Trial, and Trial Dates. For the reasons stated more fully in the corresponding Motion and for good cause under Rule 16(b)(4), Defendant respectfully requests this Court enter an order:

- Adjourning all remaining deadlines in the Amended Case Management Order (ECF No. 65), including but not limited to the settlement conference, pretrial conference, and trial;

- Directing that a revised case management schedule will be issued after the Court's decision on the pending Motion for Summary Judgment; and

- Granting such other relief as the Court deems necessary and proper.

Respectfully submitted,

Dated: July 24, 2025

/s/Amanda P. Narvaes
Amanda P. Narvaes (P74957)
Elliot J. Gruszka (P77117)
DREW, COOPER & ANDING, P.C.
80 Ottawa Ave. NW, Ste. 200
Grand Rapids, MI 49503
(616) 454-8300
anarvaes@dca-lawyers.com
egruszka@dca-lawyers.com