**Web Adaptive**                                                                                              **#24660**

**Ticket Details**

| Status | Priority | Source | Type |
|---|---|---|---|
| Closed | Low | Email | Maintenance |

| Group | Agent | | |
|---|---|---|---|
| Web Adaptive | William Offutt | | |

by **chris stone** on **Mon, 14 Jun, 2021 at 9:51 AM** via **Email**

**Updates**

Hi William,

Things are going well with All Weld.  Our sales are meeting our forecast of 30k to 40k per month in the first year of business and direct sales on the web-site are growing.

When I sold Lehigh Valley Abrasives I had a non-compete and could not sell similar products.  That non-compete has expired.  I am now going to sell all the items I used to sell and develop a new webite similar to what we did with All Weld.  For this endeavor I will be the sole owner.

Can you kindly quote me a price and lead time for the new site.

Kind Regards,

Christopher Stone
US Tool Depot
908-892-0236

**Comments**

by **William Offutt** on **Wed, 16 Jun, 2021 at 9:41 AM** as **Outbound email**
Hey Chris,

Congrats on the year one numbers! Would using the same template as https://allweldproducts.com/ and rebranding it work for you? How many products and categories do you plan on having? Will it be the same scope as https://www.lehighvalleyabrasives.com?

Also on another note, I noticed that the brand icons are broken on the https://allweldproducts.com/ site. Can I fix this for you?