UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

ALLIED INDUSTRIAL SUPPLY LLC,

    Plaintiff,

v                                       Case No. 1:22-cv-00815

                                        HON. PAUL L. MALONEY

CHRISTOPHER STONE, an individual,

    Defendant,

and

CHRISTOPHER STONE,

    Plaintiff,

v

ALLIED INDUSTRIAL SUPPLY LLC,

    Defendant.

_____/

DEPOSITION OF

CHRISTOPHER STONE

Taken by the Plaintiff/Counter-Defendant

Wednesday, January 29, 2025

9:00 a.m.

Via Zoom Videoconference

Page 1

```
 1        understand what I mean by that?
 2                MR. STONE:  Yes.
 3                THE REPORTER:  Do you solemnly swear or affirm the
 4        testimony you're about to give will be the whole truth?
 5                MR. STONE:  Yes.
 6                        CHRISTOPHER STONE
 7    having been called by the Plaintiff/Counter-Defendant and sworn:
 8                           EXAMINATION
 9   BY MR. CASCINI:
10   Q    Let's start with some biographical information and some
11        background, Mr. Stone.  First, could you, please, state and
12        spell your name for the court reporter?
13   A    Christopher Stone, C-H-R-I-S-T-O-P-H-E-R, last name Stone,
14        S-T-O-N-E.
15   Q    Mr. Stone, where do you live?
16   A    I live in Glen Gardner, New Jersey.
17   Q    Where around in the state is that?  Is that Northern Jersey,
18        Southern Jersey?
19   A    That's the western part of the state close to the
20        Pennsylvania border, Easton and Bethlehem.
21   Q    And what do you consider your occupation to be?  What do you
22        do for a living?
23   A    I am a small business owner.
24   Q    Okay.  What small businesses do you own?
25   A    US Tool Depot.
```

Page 8

```
 1   Q    US Tool Depot, is that a New Jersey corporation?
 2   A    It's a New Jersey, yes.
 3   Q    What does US Tool Depot do?
 4   A    US Tool Depot sells machinery.
 5   Q    Does it sell anything else?
 6   A    It sells some accessories or consumables for those machines;
 7        parts.
 8   Q    We'll come back, I'll have quite a few questions to ask you
 9        about US Tool Depot as this goes on today.  But first I want
10        to ask you another question, do you own any other small
11        businesses other than US Tool Depot?
12   A    No.
13   Q    Historically have you owned any other small businesses other
14        than US Tool Depot?
15   A    Well, I owned Lehigh Valley Abrasives.  And prior to that I
16        was a partner in a manufacturing company called Kason
17        Corporation.
18   Q    Can you spell Kason for me?
19   A    Yeah, K-A-S-O-N Corporation.
20   Q    I will ask you some questions about both of those, so we'll
21        put a pin kind of in that.  I want to talk a little bit
22        about Lehigh Valley first.  First, do you remember when you
23        founded -- well, were you the founder of Lehigh Valley?  I
24        should start there.
25   A    Yes, I founded Lehigh Valley Abrasives approximately 2006,
```

Page 9

1        CERTIFICATE

2

3

4        I, Stacey Seals, a Certified Electronic Recorder and

5    Notary Public within and for the State of Michigan, do

6    hereby certify:

7

8        That this transcript, consisting of 192 pages, is a

9    complete, true, and correct record of the deposition of

10   Christopher Stone, given in this case on January 29th, 2025,

11   and that the deponent was duly sworn to tell the truth.

12

13       I further certify that I am not related to any of the

14   parties to this action by blood or marriage; and that I am

15   not interested in the outcome of this matter, financial or

16   otherwise.

17

18       IN WITNESS THEREOF, I have hereunto set my hand this

19   7th day of February, 2025.

20

21       _____

22       Stacey Seals, CER 7908
         Notary Public, State of Michigan
23       County of Emmet
         My commission expires: 10/31/2030

24

25

Page 193